O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY STEVEN CHAVEZ, | ) | CASE NO. EDCV 14-2526 CAS (FFM) |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| SANDRA ALFARO, | ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections to the Report. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

IT IS ORDERED that respondent's motion to dismiss is granted and Judgement be entered dismissing the Petition with prejudice as untimely.

DATED: July 15, 2015

_____
CHRISTINA A. SNYDER
United States District Judge