JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY STEVEN CHAVEZ, | CASE NO. EDCV 14-2526 CAS (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| SANDRA ALFARO, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied with prejudice.

DATED: July 15, 2015

*/s/ Christina A. Snyder*
CHRISTINA A. SNYDER
United States District Judge